# **EXHIBIT 3**

Law Offices of
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Ty D. Frankel (AZ Bar No. 027179)
tfrankel@bffb.com

Law Offices of
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 756-7748
Patricia N. Syverson (AZ Bar No. 020191)
psyverson@bffb.com

Law Offices of
**DEVON K. ROEPCKE, PC**
170 Laurel Street
San Diego, CA 92101
Telephone: (619) 940-5357
Devon K. Roepcke (AZ Bar No. 028495)
droepcke@lawdkr.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James Saunders, | Case No. 2:17-cv-03943-SPL |
| Plaintiff, | DECLARATION OF JAMES SAUNDERS |
| v. | |
| Safelite Fulfillment, Inc., | |
| Defendant. | |

- 1 -
**DECLARATION OF JAMES SAUNDERS**

## DECLARATION OF JAMES SAUNDERS

I, James Saunders, declare:

1. I have personal knowledge of the facts stated herein except as to those matters stated upon information or belief, and, as to those matters, I believe them to be true. If called as a witness, I could and would testify truthfully and competently to the matters stated herein.

2. On or around August 27, 2012, I was hired by Safelite in a sales role at its Chandler, Arizona call center, where I worked until January of 2018.

3. My job title was Telephone Sales Representative, which Safelite referred to as TSR.

4. Safelite has customers nationwide, who typically call in to Safelite's call center for assistance with auto glass repair and replacement.

5. My responsibilities generally consisted of fielding telephone calls from individuals with auto glass needs.

6. I received incoming calls from potential consumers needing auto glass repair or replacement. I then scheduled the necessary service to be performed by a technician working at one of Safelite's many Auto Glass Shops. During the phone call, I could also sell the customer new wiper blades to be installed at the time the glass service is performed.

7. I was paid an hourly wage of $10.00 when I first started working for Safelite and my hourly wage eventually increased to $12.83.

8. In addition to my hourly wage, I received non-discretionary incentive bonuses for the following: (1) an attendance bonus for working all hours scheduled in a pay period; (2) sales incentive pay for meeting or exceeding company sales and retention goals; (3) phone statistic incentive pay meeting or exceeding company phone statistic goals; and (4) wiper blade incentive pay meeting or exceeding company wiper blade sales goals. When it was earned, this non-discretionary incentive pay was paid out every week on my paycheck under the code "Comm TSR."

9. In addition to sales incentive pay, Safelite also has a practice of paying its employees a shift differential for certain hours they work, including overnight, early morning, and weekend hours. Safelite employees receive a shift differential of $0.25 per hour for each hour worked between 3:00 p.m. and 10:59 p.m.. Safelite Employees receive a shift differential of $0.50 per hour for each hour worked between 11:00 p.m. and 6:59 a.m.. Safelite Employees receive a shift differential of $0.75 per hour for each hour worked between 7:00 a.m. on Saturday and 6:59 a.m. Monday. This non-discretionary incentive pay was paid out every week on my paycheck under the code "Cc Shift Diff."

10. Attached hereto as Exhibit "A" is a true and correct copy of the "Telephone Sales Compensation Overview" which details the non-discretionary pay structure that applied to all other TSRs at Safelite.

11. When I was hired, I had to review and sign Exhibit "A" as a condition of my employment. I have personal knowledge that all TSRs review and sign this document as a condition of employment.

12. The first page of Exhibit "A" establishes the conditions under which a TSR can receive an Attendance Bonus, Telephone Statistical Performance Bonus, Wiper Blade Sales Bonus, and Retention Rate Commission. The second page of Exhibit "A" provides an explanation of the shift differentials, referred to as "Shift Premium," that Safelite pays TSRs.

13. Safelite has a computer system called "Safelite University" that contains important job-related information, as well as training modules and quizzes.

14. Any time there were changes to the bonus structure or any other policy at Safelite, a document called a "Fact Sheet" would be generated that stated the changes. A paper copy of the "Fact Sheet" would be placed at each workspace, and an electronic copy would be sent via email to each employee, and it would also be available in "Safelite University".

15. Once we reviewed the "Fact Sheet" we had to log into "Safelite University" and take a quiz on the policy changes to ensure that we understood it. If we did not pass the quiz, we would have to meet with a supervisor to have the policy explained to us. If there

were any quizzes we had not yet completed, we would have to complete them before we were able to access any of the other sections of "Safelite University".

16. Attached hereto as Exhibit "B" is a true and correct excerpt from my "Employee Summary Sheet," a document maintained by Safelite to track employment events for its employees. Exhibit "B" demonstrates that on September 6, 2012, I completed compensation training and quizzes on "Fact Sheets 1-6."

17. I have personal knowledge that Safelite applied the same practice regarding policies and policy changes to all employees at the call center.

18. For the purposes of TSRs' sales incentive pay, customers are divided into three categories: "commercial," "insurance," and "cash." Safelite sets different numerical sales goals for each of these groups.

19. "Commercial" customers include mechanic shops, trucking companies, and rental car fleets. "Commercial" customers are considered the easiest sales to close. For this reason, sales employees need to meet a high percentage of sales and retention to receive a small percentage of their sales in this category.

20. "Insurance" customers have been referred to Safelite by their insurance company and their replacement is going to be covered, so they are fairly likely to book with Safelite, but since they could choose to use a different company, the sales and retention goals for this category are slightly lower than those for "commercial" customers.

21. "Cash" customers are not going through insurance and have no obligation to use Safelite, so they are considered the hardest sale to close. As such, the sales and retention goals are lowest, and the bonus percentage is highest for "cash" customers.

22. If a TSR meets Safelite's numerical sales goal for any of the customer groups, "commercial," "insurance," or "cash", and beats the average sales number of his or her co-workers for that customer group, they receive a set percentage of the sales they made to that customer group.

23. For example if the sales goal for "cash" customers is to make sales in 45% of incoming "cash" customer calls, and the retention goal is 80%, meaning that 80% of the "cash" customers booked complete the services, a TSR receives a 2% commission on all

of his or her "cash" sales if they met or exceeded the sales and retention goals set by Safelite, and beat the sales and retention average among their co-workers.

24. I also received incentive pay for selling wiper blades to customers as I scheduled their services. If I sold wiper blades to 20% of the customers I scheduled for service, I received $1.50 in incentive pay for each wiper blade sold.

25. My incentive pay, termed a "Comm TSR" on my pay checks, consisted of less than one half of my overall earnings during the typical pay period.

26. In addition to sales incentive pay and shift differentials, Safelite pays its employees quarterly and annual bonuses, which are non-discretionary. In order to receive this bonus, the employee has to have achieved certain goals for the quarter or year period in which the payment is made. If an employee qualifies for the bonus, the amount of the bonus is based on the number of hours the employee worked during the applicable period. When it is earned, this non-discretionary incentive pay is paid out on a separate check under the code "Ic Corp Hourly."

27. While working for Safelite, I routinely worked in excess of forty (40) hours per week as part of my regular schedule.

28. For example, during the typical week, I would be scheduled to work four ten hour shifts. My regular schedule was Monday, Wednesday, Thursday, and Friday each week from 5:00 a.m to 3:30 p.m., or from 6:00 a.m. to 4:30 p.m. I was expected to prepare my workspace before I started my shift, and clean up my workspace after my shift ended. I was allowed to be clocked in 5 minutes before my shift starts and 5 minutes after my shift ends to complete these tasks. This means it was not uncommon for me to work anywhere from a few minutes to thirty-five hours (35) of overtime.

29. When Safelite paid me overtime for my hours in excess of forty (40) it calculated my overtime rate as one and one half of my regular hourly rate of pay. Safelite failed to factor in my non-discretionary incentive pay, termed "Comm TSR," and shift differentials, termed "Cc Shift Diff," into my overtime rate in violation of the FLSA.

30. For example, my pay statement for the week of March 12, 2016 through March 18, 2016 indicates that I worked 75.52 hours that week. I was paid for 35.52 hours of

- 5 -
**DECLARATION OF JAMES SAUNDERS**

overtime based on one and one-half of my regular hourly rate of $12.83 per hour for that pay period. Safelite did not factor into my regular rate the $468.08 I earned in incentive pay, termed "Comm TSR," on my pay statement for that pay period, or the $28.48 shift differential payment, termed "Cc Shift Diff." If Safelite had properly calculated my overtime, my overtime rate for that week would have been $26.38 instead of $16.51. Safelite's failure to properly calculate my overtime rate caused me to be underpaid $116.78 for this week. Attached hereto as Exhibit "C" is a true and correct copy of my paystub issued to me for the period of March 12, 2016 through March 18, 2016.

31. I have personal knowledge that my duties, hours and compensation were indicative of the similarly situated employees.

32. I have personal knowledge that Safelite's improper policies and compensation practices applied to me and all similarly situated employees working in sales for Safelite.

33. Safelite provided its employees, including myself, with written policies and procedures uniformly applicable to all employees governing the compensation practices applicable to us. Those policies and procedures, as well as any changes to them, and quizzes we were required to take regarding changes are contained in the "Safelite University" system.

34. I have personal knowledge that as a condition of employment, all TSRs in the Sales Department at Safelight signed the same bonus structure agreement that I did. (See Exhibit "A"). I know this because it was part of the required materials in "Safelite University". As such, all other TSRs in the Sales Department at Safelight, including but not limited to, Tery Deman, Patricia Hightower, Mark Miller, and Thomas Birch, qualified to receive the same "Comm TSR" non-discretionary incentive bonuses that I received.

35. Although I worked in the Sales Department, I was friends with Joann Linton, and Donna Kauhn who worked as TSRs at the Special Services Desk. I have personal knowledge from conversations I had with Ms. Linton, and Ms. Kauhn that TSRs working at the Special Services Desk did not qualify to receive "Comm TSR" non-discretionary incentive bonuses that I received, but they did qualify to receive the same wiper blade

**DECLARATION OF JAMES SAUNDERS**

bonus that Sales Department TSRs like Ms. Deman, Ms. Hightower, Mr. Miller, Mr. Birch, and I received.

36. I have personal knowledge that all TSRs at the Safelite call center were subject to the policy of paying shift differentials based on the hours worked. (See Exhibit "A"). This included, but was no limited to, Ms. Deman, Ms. Hightower, Mr. Miller, Mr. Birch, Ms. Linton, and Ms. Kauhn.

37. I have personal knowledge that all other TSRs working for Safelight, including but not limited to Ms. Deman, Ms. Hightower, Mr. Miller, Mr. Birch, Ms. Linton, and Ms. Kauhn, qualified to receive the same non-discretionary quarterly and annual bonuses based on their sales.

38. Based on conversations that I had with Ms. Deman, Ms. Hightower, Mr. Miller, Mr. Birch, Ms. Linton, and Ms. Kauhn before and after our shifts, and during breaks, I have personal knowledge that they, along with several other TSRs, routinely worked overtime, just as I did.

39. I have personal knowledge from conversations I had with Ms. Deman, Ms. Hightower, Mr. Miller, Mr. Birch, Ms. Linton, and Ms. Kauhn that when they were paid overtime, the non-discretionary pay they received was not factored into their regular rate of pay for purposes of calculating their overtime rate. Their payroll records will definitively prove this to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of April, 2018, in Phoenix, Arizona.

_____
JAMES SAUNDERS

- 7 -
**DECLARATION OF JAMES SAUNDERS**

# Declaration of James Saunders

# Exhibit "A"



# Telephone Sales Representative Compensation Overview

Safelite believes in recognizing and rewarding our employees for their individual contributions to the company's sales performance. Each TSR2 is eligible to receive a base wage of $10 per hour, commission and bonus based on Key Performance Indicators (KPIs). Below we would like to inform you on how we reward performance.

In additional to your hourly rate you can earn bonuses and commission. Below is an outline of each opportunity.

| Bonus & Commission Opportunities | | | |
|---|---|---|---|
| **Attendance Bonus** | **Telephone Statistical Performance Bonus** | **Wiper Blade Sales Bonus** | **Retention Rate Commission** |
| Work all scheduled hours each pay period & earn $1.00 for every hour worked in the pay period. | Meet minimum statistical telephone standards & earn $1.00 for every hour worked in the pay period. | Earn $1.00 for every wiper blade invoiced. | Potential to add $0.20 to $2.00 for every invoice generated in a pay period, based on your Retention Rate. |

**Sample Pay**

| | | |
|---|---|---|
| **Attendance** | Participant worked 20 hours, as scheduled ($1 x 20 hours) | Earns $20 bonus |
| **Telephone Statistical Performance** | Participant met telephone standards ($1 x 20 hours) | Earns $20 bonus |
| **Retention Rate**<br>**Consumer:**<br>Appointment Budget- 46.8%<br>Retention Budget- 71.7%<br>**Insurance:**<br>Appointment Budget- 92.1%<br>Retention Budget- 90.4%<br>**Commercial:**<br>Appointment Budget- 74.7%<br>Retention Budget- 90.1% | Appointment minimum standards were met for Consumer & Insurance, but not Commercial.<br><br>**Consumer segment:**<br>• 55 invoices<br>• Appointment Rate at 4% points above (50.8%)<br>• Retention Rate at 2.25% points above (73.95%)<br>• Achieved commission rate @ $1.40 per invoice<br>• **Earned commission $1.40 x 55 = $77.00**<br>**Insurance segment:**<br>• 5 invoices<br>• Appointment Rate at 1.9% points above (94%)<br>• Retention Rate at 1% point above (91.4%)<br>• Achieved commission rate @ $0.40 per invoice<br>• **Earned Insurance commission $0.40 x 5 = $2.00**<br>**Commercial segment:**<br>• 4 invoices<br>• Appointment Rate at 10% points below (64.7%)<br>• Retention Rate at 2% points above (92.1%)<br>• Achieved commission rate @ $0.30 per invoice<br>• **Commercial commission (Appointment rate not met) = $0** | Consumer & Insurance commission earned |
| **Wiper Blade Sales Bonus** | Invoiced 20 wiper blades (20 x $1.00). | Earns $20 bonus |

### Shift Premium

In addition to the bonus and commission opportunities available, a shift premium will be paid if you are working 2nd shift, 3rd shift or weekends. This includes extra hours and overtime. Premiums are defined by the time of day you work as follows:

| Shift | Time of Day | Premium |
|---|---|---|
| 2nd Shift | 3:00 pm – 10:59 pm | $0.25 per hour |
| 3rd Shift | 11:00 pm – 6:59 am | $0.50 per hour |
| Weekend | 7:00 am Saturday – 6:59 am Monday | $0.75 per hour |

You will see a breakdown on your pay check each week for the shift premium. Shift premiums can not be combined.

### Payout Dates

- The shift premium will be paid when you receive your regular hours at the base rate. Your weekly paycheck will have a one week delay for hours worked.
- Attendance and Phone Stats will be paid the second pay date after the end of the pay period.
  - During your first four weeks of employment your Telephone Statistics bonus will be automatically added to your hourly rate. Beginning week five you will earn your Telephone Statistics bonus based on performance.
  - Your attendance bonus will be earned from your first day of employment.
- Retention Commission and Wiper Bonus begin accruing immediately; however, these are calculated and paid the fourth pay date after the end of the pay period.

### Glossary of Terms:

- Consumer sales- Customers who are paying cash for their service
- Segment- The type of order placed; consumer sale, insurance paying for service or commercial account sale
- Shift Premium- Incremental earnings added to an associate's base hourly wage depending on their hours worked
- Bonus- Paid for meeting attendance standards, telephone statistics & wiper blade sales
- Invoiced- Appointments that were retained, the work has been completed by the technician and payment has been received
- Commission- Earnings based on invoiced sales
- Corrective Counseling- In the event that performance falls below the minimum expectation verbal, written, final written warnings or termination will be discussed with the employee

I have read and understand the Telephone Sales Representative 2 compensation overview. I have also received a copy of the TSR2 Telephone Sales Commission Plan as part of my new hire paperwork. I understand that it is my responsibility to read this document prior to my first day of training.

Signature _____    Date 8/13/2012

# Declaration of James Saunders

# Exhibit "B"

# Employee Summary Sheet

Name: Saunders, James "Brad"  Hire Date: 8/27/2012

| DATE | INFRACTION | EXPLANATION | TIME(S) | VERBAL | WRITTEN | FOLLOW-UP |
|---|---|---|---|---|---|---|
| 9/4/2012 / / / / | Policies & Procedures | Weekly Time Edits - Attendance Policy - How to log in and out of phones for breaks - Checking breaks in 360 - Dress code and contact center policies - Sales Regeneration - Adjustor Cash Quote - Helpful Hint sheet review | | | | **************************** **************************** Training |
| 9/5/2012 / / | Policies & Procedures | Safelite University navigation - Credit card/Wipers - Sales Protocol - Maximizing sales revenue - Sales skills (overcoming objections, asking for the sale, rapport) | | | | **************************** Training |
| 9/6/2012 / / | Policies & Procedures | Compensation training - Compensation quiz - Fact Sheets 1-6 | | | | **************************** Training |
| 9/7/2012 / / | Policies & Procedures | Impact 360 (how to view schedule and request time off) - Group email - Ultipro basics - Electronic handbook sign off - Schedules for weekend and next week - Call expectations (monitor sheet review) - Extra hours | | | | **************************** Training |
| 9/9/2012 / / | Policies & Procedures | Mention All Fees | | | | **************************** Coached |
| 10/12/2012 / / | Policies & Procedures | Left shift in AUX - 43 min | | | | **************************** Coached |
| 10/22/2012 / / | Policies & Procedures | Unprofessionalism | | | | **************************** FWW(10/26/12) |
| 11/7/2012 / / | Policies & Procedures | SU Feedback - Suggestion for pilot program to utilize a treadmill and walk in place while fielding calls | | | | **************************** Coached |
| 12/3/2012 / / | Policies & Procedures | Not quoting Sate Farm chip repair price before creating a work order. Not putting unk for policy number on State Farm chip repairs he knows he needs to switch it to cash if he does not have the policy number. | | | | **************************** Coached |
| 12/19/2012 / / | Policies & Procedures | Maximizing Sales Revenue - Mention all fees 12/10/12 | | | | **************************** Coached(12/21/12 @10:01) |
| 12/26/2012 | Absent | Shift -- Left Early | 10:45 ~ 2:30 | / / | / / | A - 1/ **drop 1 yr 12/26/13** |
| 1/9/2013 / / | Policies & Procedures | SU Feedback - websight copyright date | | | | **************************** Coached |
| 1/27/2013 / / | Policies & Procedures | Left shift in AUX - 28 min | | | | **************************** Coached |
| 2/18/2013 / / | Policies & Procedures | Compliment Call -- 2/11/13 | | | | **************************** Awarded |
| 2/26/2013 / / | Policies & Procedures | Selling Protocol - Adjustor Quote 2/11/13 | | | | **************************** Coached |
| 2/28/2013 | Absent | Shift -- Left Early | 10:31 ~ 12 | / / | / / | A - 2/**drop 90 days 1/28/13** |
| 4/5/2013 / / | Policies & Procedures | SU Feedback -- SV2 price match | | | | **************************** Coached |
| 4/18/2013 | Incentive | March Madness - $50 | ~ | / / | / / | Received |
| 4/21/2013 | Absent | Shift -- Sick | ~ | / / | / / | A - 3/1/**Drop 1 yr 4/21/14** |

SAFELITE000813

Declaration of James Saunders

Exhibit "C"

# Earnings Statement

```
CO    FILE #         000000-000000
PCSYNY  000428136
Cost Center  01170
```

**SafeliteGroup**

Safelite Fulfillment Inc
PO BOX 182000
COLUMBUS,  OH  43218-2000

Page 001 of 001
Period Ending:   03/12/2016
Advice Date:     03/18/2016
Advice Number:   0005014007
Batch Number:    B2C9DX0000K0

Fed Marital Status: Single

Exemptions/Allowances
   Federal:     4
   Work In AZ:  0

James B Saunders
1457 n 54th ln
Phoenix, AZ 85043-1731

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| CC Shift Dif | | | $28.48 | $145.33 |
| Corp Hourly | | | | $1,102.87 |
| Holiday | | | | $126.07 |
| Overtime | 16.51 | 35.52 | $586.45 | $1,655.18 |
| Regular Pay | 11.01 | 40.00 | $440.28 | $4,689.97 |
| TSR Commissi | | | $468.08 | $2,578.01 |
| GROSS PAY | | | $1,523.29 | $10,297.43 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| TOTAL ER Deducts | $134.70 | $1,326.69 |

| Tax Deduction | Taxable Wages | Cur Tax Amt | YTD Tax Amt |
|---|---|---|---|
| AZ State Income T | $1,345.86 | $10.77 | $261.96 |
| Employee Medicare | $1,467.72 | $21.28 | $140.47 |
| Federal Income Ta | $1,345.86 | $166.44 | $1,095.85 |
| Social Security E | $1,467.72 | $91.00 | $600.62 |
| TOTAL Taxes | | $289.49 | $2,098.90 |

| Employee Deductions | Cur Amount | YTD Amount |
|---|---|---|
| *401K | $121.86 | $823.80 |
| ADD | $0.53 | $5.83 |
| Charitable Don | $1.00 | $11.00 |
| *Dental Deluxe | $7.50 | $82.50 |
| Health Savings | $20.00 | $220.00 |
| Long Term Disab | $1.62 | $17.82 |
| Option Life Ins | $1.51 | $16.61 |
| *PremiumHSA Plan | $26.25 | $288.75 |
| Prior YR Benefi | $0.00 | -$0.11 |
| *Prior YR Benefi | $0.00 | -$1.25 |
| Short Term Disa | $1.34 | $14.74 |
| *Vision | $1.82 | $20.02 |
| TOTAL EE Deductions | $183.43 | $1,499.71 |

© 2002 Automatic Data Processing (PCSUVO)

---

**SafeliteGroup**

Safelite Fulfillment Inc
PO BOX 182000
COLUMBUS,  OH  43218-2000

Advice Number:   0005014007
Advice Date:     03/18/2016

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| James B Saunders | Checking  XXXXXX5680 | XXX7238 | $20.00 |
| | Checking  XXXXXXXX3038 | XXX5155 | $1,030.37 |