1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Saunders, | No. CV-17-03943-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Safelite Fulfillment Incorporated, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) (Doc. 38), and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing this action in its entirety, with Plaintiff's individual claims dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

Dated this 8th day of January, 2019.

Honorable Susan M. Brnovich
United States District Judge